UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
SHOP 360 CORP.,

                Plaintiff,

  - against -

TRAVELERS CASUALTY INSURANCE
COMPANY OF AMERICA,

                Defendant.
-------------------------------------------------------------------x

Case No. 17-CV-05830 (JFB)(AKT)

**STIPULATION AND ORDER OF**
**<u>DISMISSAL WITH PREJUDICE</u>**

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the respective parties, that whereas no party is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action and all claims related thereto be, and the same hereby are dismissed, with prejudice, and without costs or attorneys' fees to any party as against the other.

      IT IS FURTHER STIPULATED AND AGREED that facsimile and/or electronic signatures shall have the same force and effect as original signatures.

      IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
       March 18, 2019

| | |
|---|---|
| LAW OFFICE OF MITCHELL J. WINN P.C. | PUTNEY TWOMBLY HALL & HIRSON LLP |
| By: _____ | By: _____ |
| Mitchell J. Winn, Esq. | Thomas A. Martin, Esq. |
| 585 Stewart Avenue, Suite 544 | 521 Fifth Avenue |
| Garden City, New York 11530 | New York, New York 10175 |
| Tel.: (516) 721-2945 | (212) 682-0020 |
| Fax: (516) 626-0565 | (212) 682-9380 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**SO ORDERED**

_____
U.S. District Court Judge